| | |
|---|---|
| **In the Matter of:** | Case No. 22-31674 |
| Preston L. Walker | |
| April Janeice Walker | Chapter 13 |
| | HON. JOEL D. APPLEBAUM |
| **Debtor(s)** | |

| | |
|---|---|
| April Janeice. Walker | |
| Plaintiff(s) | |
| | Adversary Complaint No.: 23-03026 |
| vs. | |
| U.S. Department of Education | |
| Defendant(s) | |

## MOTION TO DISMISS ADVERSARIAL COMPLAINT FILED AGAINST THE U.S. DEPARTMENT OF EDUCATION AT COMPLAINT #23-03026

NOW COMES, April Janeice Walker, the above named Debtor(s), by and through Breckenridge & Associates PC, debtor(s) attorney, hereby moves to dismiss the Chapter 13 Adversarial Complaint #23-03026 without prejudice.

1. The about named Debtor(s) filed a Petition for relief under 11 U.S.C. Chapter 13 of the Federal Code and the case is still pending before this court.

2. The debtor(s) filed an Adversarial Complaint against the US Department of Education at Adversarial Complaint #23-03026 on 4/16/2023.

3. The debtor(s) no longer wishes to continue with the Adversarial Proceeding and requests dismissal of same without prejudice.

4. A proposed Order Dismissing the Adversarial Proceeding is attached as Exhibit A.

WHEREFORE, the debtor prays that this honorable Court enter an Order dismissing the Adversarial Complaint filed against the Department of Education at AP# 23-03026,

Dated: 5/22/2023

/s/ *Laura D. Breckenridge*
LAURA D. BRECKENRIDGE (P-63856)
Attorney for the Debtor(s)
4511 Miller Road, Suite 201
Flint, MI 48507
(801) 239-4050
Laurabreckenridge@sbcglobal.net

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**In the Matter of**:

Preston L. Walker
April Janeice Walker

**Debtor(s)**

Case No. 22-31674

Chapter 13
HON. JOEL D. APPLEBAUM

---

April Janeice. Walker
        Plaintiff(s)

vs.

U.S. Department of Education
        Defendant(s)

Adversary Complaint No.: 23-03026

---

## ORDER DISMISSING ADVERSARIAL COMPLAINT FILED AGAINST THE U.S. DEPARTMENT OF EDUCATION AT COMPLAINT #23-03026

The above namedDebtor, April Janeice Walker having filed an Adversarial Proceeding against the US Department of Education, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, that the above entitled Adversarial Proceeding filed at Complaint #23-03026 is hereby dismissed without prejudice.

**EXHIBIT A**