IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | Case No. 22-31674 |
| Preston L. Walker | } | |
| April Janeice Walker | } | Chapter 13 |
| | } | HON. JOEL D. APPLEBAUM |
| Debtor(s) | } | |

| | | |
|---|---|---|
| April Janeice. Walker | } | |
| Plaintiff(s) | } | |
| | } | Adversary Complaint No.: 23-03026 |
| vs. | } | |
| | } | |
| U.S. Department of Education | } | |
| Defendant(s) | } | |

## ORDER DISMISSING ADVERSARIAL COMPLAINT FILED AGAINST THE U.S. DEPARTMENT OF EDUCATION AT COMPLAINT #23-03026

The above named Debtor, April Janeice Walker having filed an Adversarial Proceeding against the US Department of Education, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, that the above entitled Adversarial Proceeding filed at Complaint #23-03026 is hereby dismissed without prejudice.

**Signed on May 23, 2023**



/s/ Joel D. Applebaum
--------------------
Joel D. Applebaum
United States Bankruptcy Judge

